# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON   **DATE:** 08/23/2011   **TIME:** 10:00 AM

| | | | |
|---|---|---|---|
| DEFT: | ETHAN BAUMHOFF ✓ (SURR) | CASE NO: | 10-80149-Cr-Marra/Hopkins (s) |
| AUSA: | PAUL SCHWARTZ ✓ | ATTY: | David Bogenschutz – Retained ✓ |
| AGENT: | FBI/DEA | VIOL: | 18:1962(d) ✓ |
| PROCEEDING: | INITIAL HEARING | RECOMMENDED BOND: | $250,000 PSB RECOMMENDED |

BOND/PTD HEARING HELD - yes / no     LANGUAGE: ENGLISH
BOND SET @:                          PRISONER#

✓ All Standard Conditions.
☐ Surrender / or do not obtain passports / travel documents
✓ Rpt to PTS as directed / or ___ x's a ~~week~~/month by phone; 1 x's a ~~week~~/month in person
☐ Refrain from excessive use of alcohol
☐ Participate in a mental health assessment and treatment
☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
☐ Not to encumber property.
✓ Maintain or seek full - time employment/education.
☐ No contact with victims / witnesses.
✓ No firearms. get rid of guns by 8/26/11
☐ May Not visit Transportation Establishments.
✓ Travel extended to: Continental US. must file itinerary prior to all travel
☐ Home Confinement/Electronic Monitoring/Curfew ___, paid by ___
☐ Other ___

Disposition: Initial, Arraignment & Bond held
Deft. present with counsel - advised of rights
Notice of perm. app. filed

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing ~~Discovery Order requested~~  ✓ N/A

Court sets bond in the amount of $250,000 PSB

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE
TAPE No. LRJ 11- 39   Begin: 1281   TIME IN COURT: 5 mins
D.A.R. 10:24:08